```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| 4920 TCHOUPITOULAS, LLC | CIVIL ACTION |
| VERSUS | NO: 06-7378 |
| USF INSURANCE CO., ET AL. | SECTION: "A" (1) |

### ORDER

Before the Court is a **Motion for Summary Judgment (Rec. Doc. 16)** filed by defendant Eustis Insurance, Inc. On December 12, 2006, the Court entered an order finding that Plaintiff's claims against this defendant are perempted. (Rec. Doc. 15). Based on that ruling Plaintiff is not opposing the Motion for Summary Judgment. (Rec. Doc. 19).

Accordingly;

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 16)** filed by Eustis Insurance, Inc. should be and is hereby **GRANTED**. The complaint against Eustis Insurance, Inc. is dismissed.

January 11, 2007

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE